IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR397 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| GERALDO QUEZADA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on defendant's MOTION TO CONTINUE TRIAL DATE (#13). Defendant has filed the required waiver of speedy trial and, for good cause shown, trial will be continued to February 21, 2006.

**IT IS ORDERED** that defendant's motion (#13) is granted, as follows:

1. Trial of this matter is continued from January 3, 2006 to **February 21, 2006** before Judge Laurie Smith Camp and a jury.

2. The ends of justice will be served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **January 3, 2006 and February 21, 2006**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reasons stated in the motion, and considering the diligence of counsel. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

**DATED December 27, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**