**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 8:05CR397 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **GERALDO QUEZADA,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Denise E. Frost, CJA Panel Attorney, to withdraw as counsel for the defendant, Geraldo Quezada [22]. Since retained counsel, Hugh I. Abrahamson, has entered an appearance for the defendant [18], the motion to withdraw [22] is granted. Ms. Frost shall be deemed withdrawn as attorney of record and shall forthwith provide Mr. Abrahamson with the discovery materials provided the defendant by the government and such other materials obtained by Ms. Frost which are material to the defendant's defense.

**IT IS SO ORDERED.**

DATED this 14th day of February, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge