## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:05CR397 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **GERALDO M. QUEZADA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to continue trial (Filing No. 43). The Court has carefully considered the accompanying brief (Filing No. 44).

IT IS ORDERED that the Defendant's motion to continue (Filing No. 43) is denied.

DATED this 29th day of March, 2004.

                                                 BY THE COURT:

                                                 S/Laurie Smith Camp
                                                 United States District Judge