# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:05CR397 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| **GERALDO M. QUEZADA,** | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion for reconsideration and for hearing (Filing No. 47).

IT IS ORDERED that the Defendant's motion for reconsideration and for hearing (Filing No. 47) is denied.

DATED this 30th day of March, 2006.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge